UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL SHERWOOD, | : | CIVIL DIVISION |
| | : | |
| Plaintiff, | : | |
| | : | Case No. 20-CV-01820-RJC |
| vs. | : | |
| | : | ELECTRONICALLY FILED |
| PORTFOLIO RECOVERY ASSOCIATES LLC, | : | |
| | : | |
| Defendants. | : | |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff Eric Hayes and Defendant Portfolio Recovery Associates LLC, by and through their undersigned counsel, hereby file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a). In support thereof, they state as follows:

1. The Parties have settled the above-captioned matter to their mutual satisfaction.

2. Pursuant to Federal Rule of Civil Procedure 41(a), dismissal of Plaintiff's claims with prejudice is appropriate.

WHEREFORE, the Parties hereby stipulate that the above-captioned action is dismissed with prejudice, with each party to bear its own costs.

Respectfully Submitted,

| | |
|---|---|
| /s/ *Emily S. Gomez-Hayes* | /s/ *Lauren Burnette* |
| Emily S. Gomez-Hayes (PA No. 206926) | Lauren Burnette (PA No. 92412) |
| Law Office of Emily Gomez, LLC | Messer Strickler, Ltd. |
| 2011 Noble Street, Suite 201 | 12276 San Jose Blvd., Suite 718 |
| Pittsburgh, PA 15218 | Jacksonville, FL 32223 |
| 412.378.5854 (*telephone*) | 904.527.1172 (*telephone*) |
| 412.357.1564 (*facsimile*) | 904.683.7353 (*facsimile*) |
| esg@egomezlaw.com | lburnette@messerstrickler.com |
| **Counsel for Plaintiff** | **Counsel for Defendant** |

AND NOW, this 9th day of February, 2021,
IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE